**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

EDGAR VALENTIN SIS-GARCIA,

Petitioner,

v. No. 1:26-cv-00313-WJ-SCY

TODD BLANCHE, Attorney General of the United States;
MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security;
DAVID VENTURELLA, Director of U.S. Immigration and Customs Enforcement;
MARY DE ANDA-YBARRA,
ICE Field Office Director, Detention and Removal;
MARISA FLORES, Director, El Paso Field Office of Immigration and Customs Enforcement;
GEORGE DEDOS, Warden, Cibola County Detention Center,

Respondents.

**JUDGMENT AND ORDER CLOSING CASE**

**THIS MATTER is** before the Court under Fed. R. Civ. P. 58, upon the Petition for Writ of Habeas Corpus, **[Doc. 1].** The Court granted a writ of habeas corpus directing that Petitioner be released from custody and notified the parties that if no status report was filed within 21 days after the entry of the Court's order granting habeas corpus relief, the Court could enter judgment dismissing the case without further notice. **[Doc. 10]**. More than 21 days have elapsed since entry of the Court's Memorandum Opinion and Order, and no status report has been filed. There being no further habeas corpus relief that can be granted, the Court enters judgment closing this case.

**IT IS ORDERED, ADJUDGED, and DECREED** that the Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED** and the Clerk of Court is directed to **CLOSE** this case.

/s/________________________________________
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE